## DORMAN, Banking & Securities Commissioner, v. OVERBY, Sr.

Court of Appeals of Kentucky.

(Decided Jan. 26, 1934.)

J. R. ESKRIDGE for movant.

MOORMAN & BEARD, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## PARKWAY OIL COMPANY v. LOUISVILLE & NASHVILLE RAILROAD COMPANY.

Court of Appeals of Kentucky.

(Decided Feb. 2, 1934.)

WOODWARD, HAMILTON & HOBSON for movant.

JOHN C. WICKLIFFE, Jr., opposed.

PER CURIAM.

Appeal denied; judgment affirmed.